## PASSEBON *vs.* HIS CREDITORS.

### APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

In questions of fraud which are particularly the province of a jury, their verdict must be conclusive, unless clearly against the evidence.

This case commenced by a surrender and application on the part of the plaintiff and insolvent, for the benefit of the insolvent laws. Some of the creditors charged fraud, and denied him the relief and protection of those laws, and that he acted in gross fraud of creditors, in not making a fair surrender of his property, and exhibit of his affairs.

This case has been before this court on a former appeal, and remanded for a new trial. It was submitted to another jury, on the return of the case, and there was a verdict and judgment for the defendant, and the syndic appealed.

*Soulé* for the appellant.

*Pichot* and *Buisson*, for the defendant.

*Simon, J.*, delivered the opinion of the court.

This case was remanded for a new trial, (see 10 *Louisiana Reports, page* 36,) and the jury found again a verdict in favor of the insolvent. The only question is one of fraud, which is particularly of the province of a jury; and their verdict must be conclusive, unless clearly in opposition to the evidence. We think the verdict in this case ought not to be disturbed.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed, with costs.